**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEXANDER NEUHAUSER,

                Plaintiff,

   -against-                              22 **CIVIL** 768 (LAP)

                                         **<u>JUDGMENT</u>**

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated March 28, 2023, the Republic's motion to dismiss is GRANTED.

**Dated:** New York, New York

       March 28, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                        **Clerk of Court**

                               **BY:**    *K. Mango*

                                                        _____
                                                        **Deputy Clerk**